UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>　　Plaintiff,<br><br>　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　Defendants. | 1:05-CV-00624-OWW-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(DOCUMENT #11) |

On March 31, 2006, plaintiff filed a motion to extend time to file an amended complaint, in compliance with the court's order filed March 2, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   April 10, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE