1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARRICK HARRINGTON,                          CASE NO. 1:05-CV-00624-OWW-LJO-P

10             Plaintiff,                        ORDER VACATING ORDER GRANTING
                                                 EXTENSION OF TIME
11       v.
                                                 (Doc. 13)
12  A. K. SCRIBNER, et al.,

13             Defendants.
                                          /
14

15        On April 10, 2006, an order was issued striking plaintiff's motion for an extension of time

16  due to lack of signature and informing plaintiff that he must file a new motion bearing his signature.

17  (Doc. 12.)  On the same date, an order was issued granting plaintiff's motion for an extension of

18  time.  (Doc. 13.)  The order granting plaintiff's motion was issued in error.  The order is therefore

19  VACATED, and plaintiff is notified that the order striking his motion and directing him to resubmit

20  it is the operative order.

21

22  IT IS SO ORDERED.

23  **Dated:    April 11, 2006**                     **/s/ Lawrence J. O'Neill**
    b9ed48                                       UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1