# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:05-cv-00624-OWW-LJO PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND DIRECTING CLERK'S OFFICE TO SEND SERVICE DOCUMENTS TO PLAINTIFF<br><br>(Doc. 18)<br><br>PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS WITHIN THIRTY DAYS |

      Plaintiff Garrick Harrington ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 11, 2005. In a separate order issued concurrently with this order, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 against defendants Hicks, Furholdt, Wood, and Lowden for violating the Eighth Amendment, and against defendants Yamamoto, Poulos, and Scribner for violating the Equal Protection Clause;[1] . Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] In a separate order issued concurrently with this order, plaintiff's claims against defendant Sheppard-Brooks, and defendant Sheppard-Brooks, were dismissed.

1.     Service is appropriate for the following defendants:

        C/O D. HICKS

        SGT. FURHOLDT

        LT. L. L. WOOD

        CPT. R. R. LOWDEN

        ASSOCIATE WARDEN A. YAMAMOTO

        CHIEF DEPUTY WARDEN M. E. POULOS

        WARDEN A. K. SCRIBNER

2.     The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed April 28, 2006.

3.     Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each defendant listed above; and

    c.     Eight (8) copies of the endorsed amended complaint filed April 28, 2006.

4.     Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   February 9, 2007           /s/ Lawrence J. O'Neill
b9ed48                               UNITED STATES DISTRICT JUDGE