IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON, | 1:05-cv-00624-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO AMEND COMPLAINT |
| vs. | |
| A.K. SCRIBNER, et al., | (DOCUMENT # 37) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2008, plaintiff filed a motion to extend time to amend complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file amended complaint.

IT IS SO ORDERED.

**Dated: January 29, 2008**              /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE