# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRICK HARRINGTON,** | CASE NO. 1:05-cv-00624-OWW-GSA PC |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF GARRICK HARRINGTON, CDCR #P-28306 |
| v. | |
| **A. K. SCRIBNER, et al.,** | DATE: JULY 6, 2009 |
| Defendants. | TIME: 9:30 A.M. |
| | COURTROOM: 10 (GSA) |

Inmate **GARRICK HARRINGTON, CDCR #P-28306**, a necessary and material witness on his own behalf in proceedings in this case on July 6, 2009, at 9:30 a.m. is confined at California State Prison-Corcoran, 4001 King Avenue, Corcoran, California, 93212, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **July 6, 2009, at 9:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison-Corcoran:**

**WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated: __June 23, 2009__         __/s/ Gary S. Austin__
                                 UNITED STATES MAGISTRATE JUDGE