# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>             Plaintiff,<br><br>      v.<br><br>A. K. SCRIBNER, et al.,<br><br>             Defendants.<br>                                                         / | CASE NO. 1:05-cv-00624-LJO-GSA PC<br><br>ORDER ADVANCING JURY TRIAL FROM JULY 29, 2009, AT 9:00 A.M. TO JULY 28, 2009, AT 8:30 A.M. |

    Due to the reassignment of this case to the undersigned, jury trial is HEREBY ADVANCED from July 29, 2009, at 9:00 a.m. in Courtroom 3 to July 28, 2009, at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

**Dated:    July 22, 2009**                            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE