**FILED**

JUL 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>            Plaintiff,<br><br>   v.<br><br>SCRIBNER, FUHLRODT, HICKS, LOWDEN, POULOS, WOOD, AND YAMAMOTO,<br><br>            Defendants.<br>_____ / | CASE NO. 1:05-cv-00624-OWW-GSA PC<br><br>NOTICE AND ORDER THAT BLAINE APPLIN, #P-65786, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on July 28, 2009. Inmate witness **Blaine Applin, CDCR #P-65786**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 7-28-09

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1