FILED

JUL 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCRIBNER, FUHLRODT, HICKS, LOWDEN, POULOS, WOOD, AND YAMAMOTO,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00624-OWW-GSA PC<br><br>NOTICE AND ORDER THAT ANDREW PIAZZA, #K-86475, IS NEEDED AS WITNESS IN THESE PROCEEDINGS, TRIAL ON JULY 29, 2009, AT 8:00 A.M. |

Jury trial in this matter commenced on July 28, 2009. Inmate witness **Andrew Piazza, CDCR #K-86475**, has not testified and is needed by the Court as a witness in these proceedings on July 29, 2009 @ 8:00 am.

DATED: 7-28-09

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1