FILED
JUL 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON, | CASE NO. 1:05-cv-00624-OWW-GSA PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JULY 30, 2009, AT 8:00 A.M. |
| v. | |
| SCRIBNER, FUHLRODT, HICKS, LOWDEN, POULOS, WOOD, AND YAMAMOTO, | |
| Defendants. | |

Plaintiff Garrick Harrington, #K-28306, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, July 30, 2009, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 7-29-09

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1