FILED
JUL 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCRIBNER, FUHLRODT, HICKS,<br>LOWDEN, POULOS, WOOD, AND<br>YAMAMOTO,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00624-OWW-GSA PC<br><br>NOTICE AND ORDER THAT ANDREW<br>PIAZZA, #K-86475, IS NO LONGER NEEDED<br>AS WITNESS IN THESE PROCEEDINGS,<br>AND THE WRIT OF HABEAS CORPUS AD<br>TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on July 28, 2009. Inmate witness **Andrew Piazza, CDCR #K-86475**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  7-29-09　　　　　　　　　　　　／s／ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1