UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRICK HARRINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　　Defendants. | No. 1:05-cv-00624-DAD-MJS<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 173) |

On February 25, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 173.) In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated: __**February 28, 2016**__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1